# EXHIBIT 5

# ROYAL *Transportation Co.*

401 St. Jean, Detroit, MI 48214---Telephone 313-331-8700---Fax 313-331-8720

# EMPLOYEE HANDBOOK

**Guidelines
Responsibilities
Operating Procedures**

**Est. December 30, 1991
Revised: June 19, 2015**

# Royal Transportation Company

## About this Handbook

These guidelines are not a contract between Royal Transportation Company and you. However, you will be held accountable for following all guidelines and procedures. These current guidelines take the place of all prior Royal Transportation Company Policies and Procedures and all other statements or commitments, verbal or written, about the terms and conditions of your employment with Royal.

This handbook has all information to consider including our harassment policy to cleaning guidelines and dress codes. We hope that you will keep it on hand as a useful resource tool so that we both know exactly what we can expect of each other.

These guidelines are a matter of information only. The Company guidelines may not describe all the circumstances and situations that may occur, whereby, the handbook describes the policies and procedures that might affect your employment at Royal. If, at any time, you have questions or concerns about these guidelines or any other aspect of your employment, please contact your supervisor for clarification. It is important to remember that Royal reserves the right to change, replace, withdraw or deviate from any or all of the following guidelines without prior notice. Royal's management is solely responsible for the interpretation and application of these guidelines.

Please read and understand all procedures and guidelines presented to you, and together we will work as a team to extend the "Royal Treatment" to each and every customer calling on Royal to serve. Welcome to our team!

When you see the words "Royal Transportation", "Royal", "We", "Our" and "The Company" in this handbook, we are referring to Royal Transportation Company and the ownership and management.

Welcome. You are a team member with Royal Transportation Company. We are one team, and together, we will respect the company, all employees, our customers, and our community.

# Royal Transportation Company

**YOUR INTRODUCTION TO ROYAL TRANSPORTATION COMPANY**
    Royal Management & Support Staff ....................................................................4
    Introduction to Royal Transportation Company.................................................5
**KEY POINTS IN YOUR ROYAL TRANSPORTATION COMPANY JOB**
    Hourly Employee Code of Conduct....................................................................6
    Customer Hospitality..........................................................................................7
    Driver Responsibilities....................................................................................7-9
**PERFORMANCE EXPECTATIONS**
    Employee Conduct............................................................................................10
    Attendance and Reporting on Time..................................................................10
    Name Badges.....................................................................................................10
**DRESS CODE**
    Dress Code........................................................................................................11
    Jewelry, Hair, Personal Hygiene......................................................................12
    Smoking or Chewing........................................................................................13
**ADDITIONAL ROYAL TRANSPORTATION GUIDELINES**
    Paperwork.........................................................................................................13
    Charter Orders...................................................................................................13
    Fuel Receipt......................................................................................................13
    Passenger Count Sheets....................................................................................13
    Incident Reports................................................................................................13
    Accident Reports...............................................................................................14
**VEHICLE MAINTENANCE PROCEDURES**
    Fueling..............................................................................................................15
    Log Book, Pre & Post Check, Signs................................................................16
    Cell Phones, TV/ DVD, AM/FM Stereo, P.A, Keys........................................17
**EMPLOYMENT GUIDELINES**
    At-Will Employment, E.E.O, The Open Door.................................................18
    Anti-Harassment Policy....................................................................................19
    Anti-Violence, Drugs & Alcohol......................................................................20
**PAYROLL GUIDELINES**
    Paydays.............................................................................................................21
    Employment Records........................................................................................22
    Requests for Time Off, etc...............................................................................23
**GENERAL SAFETY & SECURITY GUIDELINES**
    Prevent Slip and Falls......................................................................................24
    If You Are Injured on the Job...........................................................................24
    Workers' Compensation....................................................................................24
    Employee Training............................................................................................25
    Hourly Employee Policies................................................................................26
    Reasons for Reprimand/Discharge of Employment.....................................26-27
    Pre-Employment Disclaimer............................................................................28
    Welcome to Royal's Team................................................................................29

# ROYAL MANAGEMENT TEAM & SUPPORT STAFF

**PRESIDENT & CEO**................................................................................ **Donald E. Fitzsimmons**

**VICE PRESIDENT-ACCOUNTING & PAYROLL**...............................**Debbie Fitzsimmons**

**OPERATIONS MANAGER/ON-CALL SUPERVISOR**.......................**Shannon Fitzsimmons**

**ADMN. ASST. TO PRESIDENT/VICE PRESIDENT & SALES** ....................**Rita Turner**

**FACILITY & FLEET SUPERVISOR/AM DISPATCH SUPERVISOR**......... **Lenial Shannon**

**MARKETING & SALES ASSOCIATE**...............................................**Dorene Mitchell**

**RECEPTIONIST**...............................................................................**Debra Terry**

**ROYAL'S DRIVER SUPERVISORS & TRAINING INSTRUCTORS:**
........................................................................................**Sherman Jordan**
.........................................................................................**Cedric Randle**
Introduction of all new driver personnel to Royal. Training and assessment of all new and current driver staff. Encourage and manage skill, technique and quality of all driver employees.

**CERTIFIED MECHANICS**
**AM**.....................................................................................................**Paul Zambito**
**PM**....................................................................................................**Joseph Olbrys**
Maintain a preventative maintenance schedule to Royal's fleet. Maintain daily review to perform mechanical and electrical repairs, diagnostics, tire change and rotation, tune ups, brake service, and parts supply.

**GARAGE & VEHICLE MAINTENANCE**
**AM**.............................................................................**Anthony Mitchell**
**PM**........................................................**Norm Dixon, Germel Williams & Cornell Massey**
Supervise midnight maintenance and cleaning employee group. Washing and detailing of all Royal vehicles. Supply and maintain accessories to all vehicles, including battery cables, trash bags, Kleenex, and paper towels. Light maintenance including interior vehicle bulb replacement and check and fill all vehicle fluids and lubricants. Office and garage trash removal, grounds and garage appearance and maintenance, snow removal and maintain motorcoach bathroom service.

**ROYAL DRIVER REPRESENTATIVES**..........ALL who choose to be the best that you can be. ALL committed to provide the Royal Treatment to every individual and group that you will encounter and serve for Royal. Trust, responsibility, and professional driver skills will be recognized by Royal Management for growth, development and prosperity.

# Your Introduction To:
# Royal Transportation Company

In 1991, Mr. Don Fitzsimmons opened the doors of Royal Transportation Company with two (2) new van vehicles, and since that time has become one of the fastest growing preferred Group Shuttle and Charter Service operators throughout the Detroit Metro area.  Royal's reputation of admirable quality and first class service within the passenger transportation industry has gained rave reviews.

Today, with a fleet of over thirty-eight (38) vehicles, Royal Transportation Company serves the entire metropolitan Detroit area, including limited short term or seasonal trips to Ohio, Illinois, Indiana, New York and Canada.

Just like Royal Transportation Company, you are a special story.  Using our unique interviewing process, Royal selects a great team.  Having passed our high standards you are among an elite group of employees that we believe will extend the **"Royal Treatment"** to each and every customer boarding a Royal vehicle.

Royal's management emphasizes teamwork, trustworthiness, and responsibility.   Through continuing dedication and hard work, Royal continues to develop a strong and highly visible reputation throughout our customer base and industry.

You are also uniquely able to move ahead in your career, and Royal Transportation Company is ready to give you just that chance.  Very quickly you'll learn that, in addition to your daily tasks, you're expected to move ahead.

Our culture is:  Courteous, professional treatment

Growth and Advancement

We expect all of this from every team player.  Your professional presentation of yourself will build respect and compliment from your fellow employees, management and customers.  Royal will introduce you to the successful techniques to serve customers and praise you as our ambassador and representative.

# Royal Transportation Company
## Hourly – Employee Code of Conduct

Code of Conduct: Violation of this Code of Conduct may result in termination.

1. I will greet our customers with a smile, a pleasant and friendly attitude and most importantly RESPECT.

2. I will look for ways to make my customers and co-workers feel good about Royal Transportation Company. I understand that I have full authority and responsibility to satisfy my customers within the guidelines established for Royal's customer service.

3. I understand that driving skills, safety, and customer service are most important.

4. I will treat my team members (co-workers) with respect, using "please" and "thank you". Absolutely no foul or bad language will be tolerated.

5. I will respect my team members (co-workers) personal space and will not physically  touch another teammate (co-worker).

6. I understand that sexual harassment will not be allowed or tolerated.

7. I understand that part of being a good employee is being a good team member.  I agree that it is my responsibility to make sure that my assigned vehicle is kept clean and all procedures to maintain Royal's vehicles are strictly complied with.

8. I will be responsible for my scheduled shifts and timely attendance to Royal's base, to customer assignments, and returning to Royal's base.

9. I will not bring drugs, illegal or controlled substances, alcohol or weapons to work. I understand that theft or violence at work will not be allowed. I also understand that working under the influence of drugs or alcohol will not be allowed or tolerated for any reasons.

10. I will follow all direction given by Company management.

11. I will always comply with Royal's dress code policy and maintain clean hygiene.

12. I will recognize and support the Equal Employment Opportunities shown and practiced by the Company.

Employee Signature _____ Date _____

Employee Name Printed: _____

# Key points in your Royal Transportation Company Job

## Customer Hospitality

1.  Always greet our customer with a smile, and direct eye contact as soon as they enter the vehicle. Identify the group leader or contact person and begin introduction. (Example: "Good Morning, Mr. Smith, My name is John Doe and I will be your "Royal" driver today".) **All Royal driver employees are issued a red plastic name plate "At Your Service Today." with your name engraved. This sign must be inserted in the name plate holder at all times while driving your assigned vehicle.**

2.  Genuinely thank our customers for their business. Always extend a warm "thank you" to our customer. (Example: "Thank you Mr. Smith for the opportunity to serve you and your group this evening. In the future, you may need service again. Please keep this Royal brochure for future references. You may request my services in the future.

3.  Always verify that all passengers are accounted for and safely seated before shifting into drive and departing.

4.  Anticipate and exceed customer needs. Always report to Royal management when a customer is requesting extended service. The customer must sign the Charter Order to verify the actual end time and completion of service.

5.  **Never ask or solicit a customer for a tip**. Your sincerity and willingness to serve will demonstrate your professional conduct to the customer, enhancing your opportunity to earn gratuities and tips from Royal's customers.

6.  Treat all customers, visitors, and other employees with respect, courtesy, kindness, and caring. **We are in the "people business",** and it is important that you have a friendly, courteous and cooperative attitude while working for and representing the Company.

## DRIVER RESPONSIBILITIES

1.  Open communication is very important. Always call in to Royal if you experience any delay in reporting on time.

2.  A driver employee must perform a complete safety inspection (pre check) of the entire assigned vehicle and perform a complete safety inspection (post check) <u>before</u> departing for assignment and <u>after</u> ending assignment. A driver employee may be charged for the cost of repairs to a Royal vehicle when the driver employee causes negligent damage to a Royal vehicle.

3.  Properly operate and maintain all vehicle equipment and accessories. When driving a Royal vehicle, you are the person in charge of the vehicle being safely driven and avoid damage being caused to a Royal vehicle. Never guess about the height or distance of a vehicle. Put

4.  the vehicle in "park" and get out to observe your best effort to proceed with the vehicle. Observe low overhangs at hotels, banquet facilities, smaller building entrances, low bridges.

5. **Private use of any Royal vehicle is forbidden, unless permission is requested and granted by Royal ownership.**

6. Always maintain a safe and legal speed while driving a Royal vehicle. Always use turn signals when changing traffic lanes and emergency flashers when stopping to load and unload passengers. Observe all posted speed limits. All Royal vehicles have visible graphics and company phone number.

7. Always board the passengers in a safe manner by approaching the curb with the passenger entry doors (right side) to the curb. Do not rub the tires and (expensive) chrome rims against the curbs. Driver employees may be charged for the cost to replace damaged chrome rims on Royal vehicles.

8. Always slow down and use good judgment when approaching bumps and chuckholes on the exit and entrance ramps, streets, and highways. Always remember that (minibus) vehicles have a tendency to "bounce" when driving over speed bumps and potholes on the roads. **"Slow Down".**

9. Report to work wearing Royal's expected dress code presenting yourself neatly and well groomed. Royal's dress code is black, white and red clothing.

10. Always fill in all information requested on your paperwork, Charter Order, and Count Sheets. Fuel receipts must be turned in daily with paperwork.

11. Ending your assignment, always return your vehicle to Royal's base and remove all trash, papers, cups, etc., used by you and/or your customers. Throw all trash into the trashcans located throughout Royal's base. Motor Coach drivers check restrooms daily.

12. Before leaving Royal's base. Always completely read and understand all charter orders, instructions and maps provided to you for every assignment.

13. Remember the importance of saying "Hello" and "Good-bye" to each Royal employee. Treating co-workers with respect, using "Please" and Thank you" is the Royal way.

13. BE ON TIME and ready for work. Timing will be an important part of your success at Royal Transportation Company. All drivers are provided a start time, report time to customer, customer end time, vehicle assignment and customer location & contact. You may report earlier to survey the area. Always determine your best entry and exit from the customer service locations.

14. Improve your professional driver skills. Learn new routes; expand your knowledge of the greater Detroit and metropolitan areas.

15. Royal's scheduling Manager will complete and make available a Daily Driver/Vehicle Schedule. The schedule and assignments are made available each day by 3:00 p.m. Saturday and Sunday schedules are made available on Friday.

16.   Your attendance is high priority. Absenteeism and tardiness is not acceptable.  If you fail to report to work on time and ready to serve, you will cause great stress to the entire Royal team and our customers.

17.   We understand that an employee may become ill and not feel well to work. We understand that sometimes a personal emergency may occur that may cause you to not be able to report to work.  Be responsible, and immediately call and contact the company management and other team members to make notice of your circumstances.   Contact the company at a reasonable time to allow the company to schedule an alternate plan to serve our customers.

# PERFORMANCE EXPECTATIONS

## Employee Conduct

We expect you to perform your job duties to the highest professional and business standards at all times. We will not allow improper or insubordinate conduct. We have the right to give discipline, up to and including termination, with or without providing you advanced notice.

We do not intend by this guideline to create any expectation that you will be assured of any particular form of action, such as warnings or notice, or progressive discipline, prior to discharge. Rather, discipline shall in all cases be imposed by management discretion, in consideration of those factors deemed relevant. In considering or issuing discipline, we may consider your entire work and disciplinary history. We may also rely on all information and documentation relating to you, whether or not the information or documentation previously has been shared with you.

## Attendance and Reporting on Time

You are responsible for reporting to work at the right time, every scheduled assignment. Reporting late or absent without an excuse may result in discipline up to and including termination of your employment.

> Every once in a while, you may be absent or late. If so, follow these steps:
> - Call and report to your supervisor as soon as possible on the same day of attendance issue.
> - Call yourself. A call from friends or relatives is not acceptable.
> - If your absence lasts more than one day, you must call in every day.

If you do not call and do not show up for work:

| | |
|---|---|
| **One (1) Day:** | **Your employment may be suspended or terminated.** |
| **Two (2) Days in a row:** | **Royal may assume that you have quit your employment.** |

*If you are absent a lot, or for more than three (3) days in a row, you may be required to report to Royal with a legal letterhead doctor's office letter of described illness before returning to work with Royal.*

## Name Badges

A name badge is issued to every employee. If lost or stolen a $15.00 fee is assessed and will be payroll deducted.

## Looking Sharp the "Royal" Transportation Company Way

You represent Royal Transportation Company and need to dress "sharp", yet professional. Your supervisor may stop you from wearing any type of clothing or hairstyle. If we think that your appearance or grooming is not right, you may be sent home to correct the problem, and it may lead to discipline, up to and including termination for your refusal to represent Royal within our prescribed conduct and guidelines.

## Dress Code

A smile and friendly personality!

Royal photo ID badges must be worn on the left chest at all times.

Shirt:      White, long sleeve clean and pressed dress shirts. Washed, starched, and pressed button down. White cotton dress shirts are acceptable. Always carry an extra clean white shirt with you when you are scheduled to work more than ten (10) hours. Short sleeve white shirts are acceptable in the warmer months.

Pants:      Black (2) piece suit, or BLACK DRESS SLACKS ONLY. No other color pant is acceptable. No corduroy pants allowed. Black *"knee length"* dress style skirts or shorts may be worn during warmer months. Pants must be worn with a black belt if the pants have belt loops. Black socks only worn with dress code.

**Here's what's absolutely NOT acceptable – bagging, sagging, ragging, torn, unhemmed, or really faded pants and shirts. No combs or other large objects should show in your pockets. No dirty or stained clothing is tolerated. No loose hanging shirts. Shirts must be tucked in at all times.**

Sport coat/:      BLACK ONLY is acceptable. A black satin Royal jacket with Royal embroidery
Jacket      will be issued within your first (30) days of employment with Royal, (issuance of Jacket is at Management's discretion). Royal name badge should be worn on the left chest. Wear your Royal colors with **PRIDE, Black, White & Red.**

Shoes:      Black dress shoes or boots. (Black rubber soles wear the longest). Black belt, socks, and/or nylons. Always maintain polished shoes or boots to present a detailed image of yourself.

Hats:      Hats are limited to black chauffer style, Greek Fisherman style, and the hat Royal will provide you, a black embroidered cap with the Royal insignia. **NO EXCEPTIONS!**

Ties/Bowties: Red Bowtie is Royal's signature. Red straight ties are also acceptable.

ALWAYS WEAR ROYAL'S NAME AND COLORS RED, WHITE AND BLACK WITH PRIDE.

## Jewelry, Piercing, and Make-up

♦ Earrings should be no larger than a dime in size. No more than one (1) pair of earrings is allowed. Earrings on males are not to be worn while working for or representing Royal.

♦ Necklace – One (1) necklace may be worn. No large pendants, ropes and chains exposed on outer clothing.

♦ One ring on each hand is allowed. (Two rings may be worn on one hand if the two rings are a wedding set).

♦ Jewelry, piercing and make-up must be simple in moderation. No facial or body piercing, or tattoos may be displayed. Royal Transportation Company cannot and will not be responsible for lost, stolen, or misplaced personal property. If it is valuable, please do not show off or bring your precious items to work.

## Hair

♦ Must be well groomed and look professional. Hair longer than the collar must be pulled away from your face, and off your shoulders.

♦ A well-groomed mustache (trimmed to the corners of your mouth) will be permitted, otherwise please be clean shaved.

♦ A well groomed beard (trimmed to short hair, close to face) is acceptable.

## Personal Hygiene (Very important to our customers and your co-workers)

♦ Shower, use deodorant, brush your teeth, and groom your hair prior to your shift. Use perfumes/colognes/after shave in moderation.

♦ Keep fingernails neatly trimmed and clean. Sculptured nails are not allowed. Long nails are not practical for this environment of work.

> As a company we will follow all local and state health requirements pertaining to the grooming and appearance of our employees.

## Smoking or Chewing

Smoking, or the use of any tobacco product, is not allowed in any of our vehicles at any time. Smoking areas must be in compliance with all local, state, and federal health codes.

**DO NOT THROW CIGARETTE OR CIGAR BUTTS ON THE GARAGE FLOOR OR GROUNDS OF ROYAL PROPERTY. ALWAYS DISPOSE OF CIGARETTE BUTTS IN THE ASHTRAYS PROVIDED AROUND THE ROYAL BASE. DO NOT SMOKE OR DISPOSE OF CIGARETTE BUTTS IN ANY ROYAL VEHICLES.**

## Additional Royal Transportation Company Guidelines

## Paperwork

Completion of paperwork is policy and an expected priority at Royal. The following paperwork is essential, and each driver is required to return his/her paperwork at the end of each workday. Paperwork must be dropped off in the assigned tray located in the employees break room. Failure to turn in paperwork at the end of each workday may result in failed or delayed payroll recording and missed pay for that day.

A.   **CHARTER ORDERS** – must be read and clearly understood by the driver. The lower left corner of the charter order <u>must</u> be completed before turning in. Record actual passenger count (head count), the actual drop-off time, and driver end time. The <u>customer must sign the charter order</u>.

B.   **FUEL RECEIPTS** – Employee signed fuel receipts must be turned in daily with paper work.

C.   **PASSENGER COUNT SHEETS** – are assigned to drivers for various assignments. When a driver is assigned a passenger count sheet, the driver must maintain the actual number of passengers per each trip made and write in the requested information.

D.   **INCIDENT REPORTS** – must be filled out completely and turned in to Royal management when any damage to a Royal vehicle occurs. Provide a complete description of the following incidents. Must be completed on the same date of incident.

    1.   An employee slips & falls or is injured while on duty.

    2.   A passenger slips or falls or is injured while being served by Royal.

    3.   A customer complaint or report of poor service, speeding vehicle, illegal activity, vehicle sighting in unauthorized area, and unauthorized activity/use by a Royal employee.

    4.   Lost and found items found on a Royal vehicle or property must be returned to the employee or customer immediately. All customer items must be returned while driver is on sight with customer. Always inspect entire vehicle before departing from customer. If an item is overlooked and found by a Royal employee, the item must be turned in to management with a completed incident report.

5.      Any damaged or broken company property occurs.

6.      Provide the complete name(s) of persons involved, Royal Vehicle Fleet #, license plate number of vehicle(s) involved, complete description of the incident, date, time and location.

E.      **ACCIDENT REPORTS** – Royal reviews driver/vehicle accidents in two (2) categories.

1.  Chargeable – Negligent.  Determined when a driver is charged by a confirmed police report or company management, whereas, the report represents Royal driver was at fault. Additionally, accidents involving the scraping of the Royal vehicle against another vehicle, backing into walls or posts, and scraping the hubcaps and wheel covers against the curb are also considered negligent, chargeable accidents.  Upon review of the driver negligence, Royal may determine and charge the driver a 50% cost of Royal's insurance deductible, up to a ($2,500.00) amount, or the repair or replacement cost of lesser degree damage.  Parking Tickets must be paid by the driver employee.  In the event employee received parking ticket on company vehicle and fails to pay, the employee may be terminated.

2.  Non-Chargeable.  Determined when a second vehicle is involved, and the other party is charged or negligent as determined by an official police report.  A review will be conducted with the driver and Royal management.

All accidents and traffic violations are to be reported to Royal management. A written report must be completed, explaining the cause, the damage, injuries if any, the date, time, location, and the vehicle(s) involved.  When (2) two vehicles are involved, the driver must stop. Verify that all parties, including passengers and drivers are not injured.  The Royal driver is responsible to exchange all important information with the other party and make an official police report, either at the scene or at the nearest police station. You must provide a written report of the following information, including:

1.      You and the other person(s) obtain names and driver license numbers.

2.      Insurance documents, including name of insurance company, phone number, policy number, make and description of vehicles involved, and the vehicle registration verifying the year of vehicles and the V.I.N. number of each vehicle.

3.      The location and cause of the accident.

4.      An accident report kit is located in the important papers folders in each Royal vehicle.

**All reports must be completed and returned to company management on the same date of the incident or accident.**

## Vehicle Maintenance Procedures

Time is provided from your start time to complete the required (10-15 minute) pre-check of your assigned vehicle. A complete (**pre-check**), including written notice of non-working items and all vehicle items requiring additional mechanic attention, shall be completed before driving to customer location. Upon the end of assignment, a complete (**post-check**) shall be completed on the original pre-check, recording comments about vehicle performance, damage, supplies, and ending mileage. **MANDATORY**: All vehicles driven must be (pre-checked) before the vehicle departs from Royal's base, and (post-checked) when returning to Royal's base.

## Fueling

All drivers are required to fuel their assigned vehicle to the "Full level". Always fuel before ending assignment or upon each use of a Royal vehicle. Royal employees are required to always park their assigned vehicles with a full tank of fuel. **All fuel receipts must be turned in daily with paperwork, and signed by employee.**

A.   Royal currently maintains a fuel account at the Sunoco Station located at 8005 E. Jefferson Avenue at Van Dyke. All Royal vehicles are to be fueled at this station before returning to Royal's garage. The station is open 24 hours a day.

B.   All vehicles must enter and exit the station from Van Dyke or East Jefferson. NO VEHICLE SHALL DRIVE DOWN THROUGH THE SIDE STREETS AT ANY TIME. Royal buses are commercial vehicles and the side streets are for residents only.

C.   Use Regular Gasoline (87 octane) on all minibuses and vans. Use (**Diesel fuel**) in vehicles #408, #412, #414, #416, #3008, #3012, #3015 or any vehicle labeled "diesel fuel only". The diesel fuel pumps are number (9) and number (10) only, at the Sunoco fuel station.

D.   Upon arriving at the Sunoco Station you will need to check in with the station attendant. Inform the attendant you are with Royal Transportation. Then fuel your vehicle using the appropriate fuel. You will then go into the station, and receive (2) identical fuel receipts. You must verify the accuracy of both receipts, then sign name and write the last (4) digits of your Social Security number. You must return signed (2) copies of the receipt. One copy to the station attendant and the second copy is TURNED IN DAILY WITH YOUR PAPERWORK.

## Driver Log Book / Pre-check / Post check

All drivers must complete a daily driver log sheet recording (in service and out of service) times, destinations, mileage, hours, company name and signature. Each driver is required to pre-check assigned vehicle before departing garage. You must completely inspect the exterior and interior of vehicle, including any body damage, all lights, seats, phone, wipers, gas cap, all tires and all other components. Upon returning to the garage, a post-check is required, following the same pre-check procedures. Record the start and end mileage, name, date, vehicle number. Describe all required repairs.

## Post-Check

Upon ending your assignment, and parking the vehicle in the correct assigned parking space, all drivers are required to:

1. Walk through the vehicle to close and lock all windows. Remove all paper, plastic or magnetic signs off the vehicle. Remove all tape off glass.

2. Collect all loose trash left on the floor, seats, and drivers' seating area and console. All drivers are required to remove all trash, throw away in trash cans in the garage, and leave the vehicle interior in the same good condition from which you started.

3. Turn off all interior/exterior lights and all accessories. Verify that the driver's interior dome light is turned off. Verify that the front and rear air conditioner and heater is turned off. Verify the ignition key is in OFF position.

4. Complete visual inspection of the interior and exterior are required, and the completed post-check inspection report must be returned at end of assignment.

## Signs

Many customers request Royal to place signs in the vehicles for specific purposes. Royal supplies signage to identify many of our restaurant customers and shuttles. All signs slide in and out of the aluminum track holders on the front passenger side interior window of the vehicle.

1. You are required to place a sign on your assigned vehicle when your assignment requires you to. Tape paper signs to the glass on passenger doors or front passenger side window. Velcro tabs are also used to place signage on the vehicle passenger door and side window.

2. All drivers are responsible for the proper installation and removal of signs during and after the assignment. In the event that a sign is neglected, stolen or abused, you may be required to reimburse Royal for the replacement cost, generally thirty ($30.00) to fifty ($50.00) dollars.

## Cellular phones

Cellular phones are provided for business use only. Occasionally, you may need to use the company phone to make a call. The phone should automatically turn on when the vehicle ignition switch is turned on. Always verify the cellular phone is turned on and plugged into the phone charger while you are using the vehicle.

1. No personal cell phones are permitted while on duty with passengers.
2. Limit your call to be as brief as possible. Dial the number you are calling, and then press the "send" button. Speak clearly and adjust the phone volume by pressing the "up" or "down" direction arrows.

3. When receiving an incoming call, you must press the "send" (green) button, and then press the "end" (red) button to disconnect or hang up at the end of a call.

4. Customer phone use is granted by the driver and restricted to a two (2) minute time limit please! The driver must come to a complete stop, or place the vehicle in "park" when using the vehicle cellular phone.

5. Royal receives a monthly itemized cell phone bill. If abuse of the cell phone use occurs by an employee – all charges will be payroll deducted without warning and the employee may be terminated for neglect or theft.

## TV/DVD, AM/FM Stereo & PA System

At no time shall the driver or company employee play loud or offensive music, while operating a Royal vehicle. Music should be played to the customer request and satisfaction. Never, at any time, play the radio or CD in a loud, discourteous manner.

TV/VCR/DVD use is only provided for the request of the customer, and limited to select Royal vehicles. The driver may use the TV, only when standing by during an assignment, when vehicle is empty of passengers.

The P.A. system is activated by turning the radio off and pressing button on the hand held microphone. The P.A. system should only be used narrating or speaking to passengers. Permission may be granted by the driver to allow an escort guide or group leader to use the P.A. system.

## Royal Keys

All drivers will be issued a key to Royal's Employee Door. Vehicle keys must be removed from every vehicle ignition. Vehicle keys must be left inside of all vehicles (in the console cup holder) of all vehicles assigned to be parked inside of Royal's building. Always remove vehicle keys out of all vehicles assigned to be parked on Royal's outside parking lot. Lock up the vehicle, and place the vehicle keys inside the break room on the assigned key hook. A $5.00 value is placed on all issued keys. In the event of lost or damaged keys the employee may be charged.

# EMPLOYMENT GUIDELINES

## AT-WILL EMPLOYMENT

As stated in the introduction, these guidelines are not a contract. As a Royal Transportation Company Employee, you are employed at-will. "At-will" means that either you or Royal may end your employment relationship at any time, with or without notice, for any reason or no reason, with the Company's only obligation being the payment of wages earned through the last day you work.

Any verbal discussion, custom, habit or practice, or any writing cannot change the nature, terms or conditions of your employment as a Royal Transportation Company Employee. In the event of conflict between this disclaimer and any other statement, oral or written, present or future, concerning terms and conditions of employment, the at-will relationship confirmed by this disclaimer shall control.

## EQUAL EMPLOYMENT OPPORTUNITY

**Royal Transportation Company makes all employment decisions without regard to race, creed, color, national origin, gender, age, veteran status, disability, marital status or other status protected by law. Royal follows all federal, state, and local laws regarding non discrimination in employment.**

## The Open Door

We truly value your thoughts and ideas. Our Company and its Managers have a strong desire to see that you are treated fairly, with respect, and that your ideas are heard and evaluated in a timely manner. We believe that you have the right to work in a professional environment. If something is on your mind, please provide positive verbal and/or written communication.

1.  Talk with your Direct Supervisor. It is his/her job to address your issue. Royal encourages you to present ideas and solve problems in your position.

2.  If your Garage or Office Supervisor is unable to evaluate your idea or to find a satisfactory solution to a problem, then contact Royal's Operations Manager.

3.  Finally, if you don't believe that your question or idea has been heard, or if you are unable to resolve your concern, we encourage you to contact the President, and CEO of Royal Transportation Company, Mr. Donald E. Fitzsimmons.

Feel free to talk with any other management people with whom you can relate and feel comfortable. We will maintain confidentiality whenever possible. There will be no punishment.

## ANTI-HARASSMENT

Royal Transportation Company will offer you a workplace without harassment of or by other employees because of race, color, religion, gender, national origin, age, disability, veteran or marital status or any other non-work related human respect. Royal's ownership and management work and strive to provide a friendly, safe and enjoyable workplace.

Therefore, No Employee Shall:

♦ Make unwanted sexual advances or ask for sexual favors, or do anything else of a sexual nature (verbal or physical), talk about co-workers using sexual terms, tell "dirty" jokes in the workplace or during working hours.

♦ Use another employee's agreement to or disagreement to advances or actions when evaluating or reviewing another employee's job performance and/or opportunity.

♦ Cause an uncomfortable, hostile or offensive workplace by acting in a manner that is deemed to invade another employee's privacy.

♦ Cause anything else which reasonably could be thought by another employee as causing or contributing to an uncomfortable, hostile or offensive workplace.

♦ Make insulting, degrading, threatening or otherwise offensive or hostile comments, graffiti, posters, writings, gestures, or actions.

♦ Speak racial, ethnic or religious jokes or slurs, or use any other communication or conduct that is negative or downgrading to any employee.

Harassment is very serious and may lead to discipline, up to and including termination. Harassment may also cause the harasser personal legal and financial liability. Whether a specific action is harassment may depend on the circumstances, and so it is impossible to give a complete list of things that are not allowed.

---

**WHAT TO DO ABOUT HARASSMENT**
**If you think you have been harassed, you should ask the offending person to stop. You should not try to personally solve cases involving others if you see or hear about harassment. Also, you should report any problems to your Direct Supervisor, or another member of the Royal Management Team.**

---

It is management's responsibility to look into all complaints. As much as possible, any investigation will be handled in confidence. We cannot promise secrecy to people who tell us about harassment or help in an investigation, but we will not allow punishment against anyone who makes a complaint. Filing a false or bad-faith complaint, however, is forbidden and may lead to discipline up to and including termination from employment.

You have the right to file charges about all forms of harassment with the Equal Employment Opportunity Commission, a federal agency, and may have the right to file a charge with a state civil rights agency.

## ANTI-VIOLENCE

- ♦ You are not allowed to have a weapon, threaten another person with harm, or assault another person at any time while on Company property, during working hours, or while doing Company business, no matter where that might be.

- ♦ If you are threatened, and see or hear a threat, you should tell your Supervisor immediately. If your Supervisor was part of the threat or is unavailable, you should report to Management Personnel as soon as possible.

- ♦ If you receive a threat while off of Company property, you should report to your Management team if you think that the threat may be carried out on Company premises or while you are doing Company business.

- ♦ If you know that another Employee or Customer has a weapon while on Company property or that another Employee has a weapon while they are doing Company business, whether or not they are on Company property, you should report to your Supervisor, or Management Team.

- ♦ To the extent permitted by law, the Company is allowed to search your personal belongings on any of Royal's vehicles, property, or customer locations while conducting an investigation.

## DRUGS AND ALCOHOL

The sale, purchase, use consumption or possession of alcohol, controlled substances, or drug paraphernalia of any kind on Company property or while performing your duties for Royal is not allowed at any time and may lead to discipline up to and including termination.

Also, coming to work under the influence of alcohol or controlled substances of any kind is not allowed and will not be tolerated, as is the same before work, during any break or during mealtime.

*As used in this guideline, "controlled substance" includes prescription drugs. Such drugs may be used while at work only with a doctor's prescription and only when a doctor has "approved" your controlled use while performing job related duties including safe driving abilities.*

If you do not follow these guidelines, or if Royal suspects violation of this guideline by any Employee, you may be disciplined up to and including termination.

# PAYROLL GUIDELINES

Royal is a charter and shuttle service provider, whereas, we are on call to the customer (24) hours per day, (7) days per week, 365 days per year. Work assignments and hours change daily. Your availability to Royal will determine your earning potential and your status as a regular full time, part-time, or occasional will-call driver, or other company employee.

1.  Regular Full Time Drivers – are those who are available, and communicate with Royal's scheduling supervisor on a daily basis. Available to work any of seven (7) days, AM or PM assignments, multi-day assignments, out-of-town or overnight assignments.

2.  Part - Time Drivers – are those who are available to work certain times and days of the week. You are required to provide written notice of availability to Royal's scheduling supervisor.

3.  Will – Call Drivers – are those available to work on various assignments. Royal's scheduling supervisor will call you upon need. You will need to communicate your availability to Royal's scheduling supervisor.

You work with commitment. We appreciate it and want to recognize it with more responsibility and pay.

---

We do have the right to look at many things when deciding your pay. These may include:
- ♦ The Company's business and financial needs and conditions
  - ♦ The Ground Transportation Market
  - ♦ Your job performance and conduct

---

## PAYDAYS

Employees are paid on the 10th and 25th days of every month, or the earliest weekday nearest the scheduled payday when the pay date falls on a weekend or holiday.

You are required to complete your driver log for each shift. When assigned a company issued time card, you are required to use the time clock to punch in/out for break time, and start and end time. You must look at you paycheck to make sure it is right. If you lose a check or have a problem with your hours, tell your supervisor immediately.

*Any misrepresentation or omission on any payroll record, driver log, time card, or other document relating to compensation, whether or not intentional, may result in discipline up to and including termination.*

Payroll deductions may occur if and when Royal is notified by an Authorized Court of Law Jurisdiction due to child support, alimony, garnishment and/or written request regarding an employee. Additionally, a payroll deduction may occur if an employee is charged with loss of or theft of company property, negligent vehicle damages, and (DOT) physicals and substance screening updates.

## EMPLOYEE RECORDS

All statements made by you on any employment record (like your application) must be true, accurate and complete. Inaccuracies or omissions on any record, whether intentionally or not, may lead to discipline up to and including termination.

**Tell Royal's Management Team if your legal name, address, telephone number, marital status, number of dependents, or other information changes.**

You may look at your employee file and ask for a copy of your personally signed records in that file, during normal working hours. We reserve the right to permit an employee to review his/her personnel file only with approved supervision. Any former employee may request in writing a copy of his or her file. We have the right to request you to pre-pay for any copying. Copies of your file may take up to 2 weeks to process.

Non-Employees must have written authorization before they can look at any employee files. Usually, this would only be allowed when required by law (in response to a subpoena, summons, or request for information from a federal or law enforcement agency). No information will be provided to non-employees over the phone.

## References/Employment Verification

Request for references or wage verification for present and former employees must be in writing (fax is acceptable) and directed to:

ROYAL TRANSPORTATION COMPANY
ATTENTION: Debbie Fitzsimmons, Vice President
401 ST. JEAN STREET
DETROIT, MI 48214
Facsimile: (313) 331-8720

Please allow up to two (2) weeks to forward request.

## REQUEST FOR TIME-OFF

If you need to take a day off work, it is the policy of Royal that you fill out the Time-Off request form and submit it to the operations manager for approval. If your request is for one (1) day off, your form must be submitted at least one (1) week in advance. Extended time off requests, three (3) or more days, must be submitted at least (30) days in advance. **Your request for time off does not necessarily mean that your request will be granted.** Approval for vacation time must be submitted to the President of Royal.

## LEAVE WITHOUT PAY

Except in emergencies, or as required by law, you must request for leave without pay at least thirty days before requested time (in writing) and it must be "approved" by your Manager.

If you are on unpaid leave, you must confirm your end date (in writing) at least thirty (30) days before you return to work.

If you need extra leave time, you must immediately request in writing, an extension. Extended time may be granted at the discretion of company management.

*Royal reserves the right, to change, or withdraw from, the above guidelines without prior notice.*

## PERSONAL LEAVE OF ABSENCE

In special and urgent cases, you may need to request for a temporary leave for up to (2) weeks, without pay – this would be Personal Leave of Absence.

You must request for this type of leave by providing a written request to your Supervisor, or Management Team. Report the reason for the leave and how long you need to be away from work.

Royal has the right to reject any Personal Leave, and may not return you to work in the same or equal position.

## US MILITARY LEAVE

If you are in the US military reserve, US military training, or other US military duty, you may present your documents and receive permission for US Military leave.

If you need to take a US military leave, you must report to your Supervisor ahead of time about the length of the leave, and the beginning and end dates.

When you get back from approved military leave, you will be placed in a same or similar job as required by law.

## JURY DUTY

If you must serve on a jury, you will be given time off without pay (except where required by state law). To qualify for jury duty leave, you must report to your Supervisor as soon as you receive a jury duty notification. Once your service is completed, you must turn in a copy of:

The written notice you had received to serve. Proof showing dates and time of your service.

This must be returned to your Supervisor before you may return to work.

## DEATHS

Full time (Employees) will be granted up to three days off without pay, for immediate family.

# GENERAL SAFETY AND SECURITY GUIDELINES

The safety and security of our employees and customers is very important at Royal Transportation Company.

Take a look around you. You will see a busy fast paced industry with people as priority. You can limit the risk to yourself and others by making safety a priority in your driving skills and job related skills and practices. Safety is first at Royal.

## PREVENT SLIP AND FALLS

Slips and Falls are a major cause of injuries, so extra care is needed to lower the potential for dangerous situations:

- Report any lubricant spills located on the garage floors.

- Follow our vehicle clean-up procedures. They have been set up to lower the risk of slip and falls. Clean up any and all spills right away.

- Remove snow or ice off the vehicle entry steps.

## IF YOU ARE INJURED ON THE JOB

- Because we are required by law to report injuries, any employee injured on-the-job must immediately report to a supervisor.

- Tell your Supervisor immediately, even if you don't think it's serious. Follow your Supervisor's instructions for getting medical care.

- Follow up with your Supervisor the same day as getting medical treatment with your doctor's name, phone number, treatment received, and any job limitation. Not doing this could affect your workers compensation and coverage under the law.

## WORKERS' COMPENSATION

We have workers' compensation insurance, which provides you with compensation for certain work-related injuries and conditions.

If you miss work as the result of a workplace injury, you may be required to provide a medical "release" and/or an approved "return to work" written notice before returning to work.

## EMPLOYEE TRAINING

ROYAL TRANSPORTATION COMPANY requires a (6) day training period to review employee skills, provide orientation, and comply with Federal Guidelines. Royal's Driver Supervisor and Trainer, is responsible for the introduction of Royal Transportation Company training guidelines, including Pre/Post Check Procedures, Road and Driving Skills, and Extensive Written Exam Review. Employment is based on a valid CDL with BP, AP, or CP endorsement, a current D.O.T. Medical Card, and a NEGATIVE DRUG AND SUBSTANCE TEST.

Throughout the training period, Training Schedules for reporting times and introduction may be adjusted at management discretion. Daily training times is generally five (5) hours and up to eight (8) per day.

A minimum wage rate of ($8.15) per hour is paid for training time. Training pay will be paid at the end of the driver hire training period, on the next scheduled payroll date. (As previously stated paychecks are issued on the 10th and 25th days of each month).

If the driver trainee is unable to arrive for his/her assignment, the procedure is to contact management AS SOON AS POSSIBLE! Contact management 313-331-8700 between the hours of 8:00 a.m. and 6:00 p.m. After 6:00 p.m. please call the on-call phone 313-467-6859. These are the only telephone contact numbers that are management approved.

# Royal Transportation Company

<u>Hourly Employee Policies</u>:

Royal Transportation Company is a professional ground transportation company with quality late model deluxe vehicles, excellent service representation, and fair employment practices. Royal has established the stated policies and procedures that must be maintained. Royal requires in the interest of achieving our service goals, that all employees be familiar with and conform to the policies and procedures.

## REASONS FOR REPRIMAND OR DISCHARGE OF EMPLOYMENT

| Code | Violation of Company Rules | 1st Offense | 2nd Offence | 3rd Offense |
|------|----------------------------|-------------|-------------|-------------|
| A | Acts of violence or sexual harassment, willful destruction of property, theft or dishonesty towards the company, its customers or other employees. | Discharge | | |
| B | Failure to carry out any order by a management representative, including refusal to do assigned work and other acts of insubordination | Discharge | | |
| C | Drinking alcohol or drug use prior to your shift, during work hours, or use in the garage, parking lot or office, reporting for work in an impaired state, conviction or using, selling or possessing any controlled substances | Discharge | | |
| D | Job abandonment | Discharge | | |
| E | Falsifying a Driver Log sheet, business Expense report, or other report or record | Discharge | | |
| F | Intentionally giving false or misleading employment information | Discharge | | |
| G | Intentional violation of safety rules | Discharge | | |
| H | Unauthorized use of company equipment | Discharge | | |
| I | Possession of firearms or other weapons at work | Discharge | | |
| J | Violation of company rules, regulations, policies and procedures | Written warning | Discharge | |
| K | Failure to report for scheduled shift | Written warning | Discharge | |
| L | Improper cash handling procedures | Written warning | Discharge | |
| M | Harassment of another employee | Written warning | Discharge | |
| N | Violation of no solicitation/distribution rules | Written warning | Discharge | |

| | | | | |
|---|---|---|---|---|
| O | Smoking or Chewing in prohibited areas | Oral warning | Written warning | Discharge |
| P | Unsatisfactory job performance | Oral warning | Written warning | Discharge |
| Q | Gambling on Company property | Oral warning | Written warning | Discharge |
| R | Reporting late for shift | Oral warning | Written warning | Discharge |
| S | Failure to report personal injury/accident immediately | Oral warning | Written warning | Discharge |
| T | Performing Personal Business on Company time | Oral warning | Written warning | Discharge |
| U | Using profane or obscene language/gestures | Oral warning | Written warning | Discharge |
| V | Inability to get along with supervisors/ co-workers | Oral warning | Written warning | Discharge |
| W | Conduct unbecoming for a Royal Transportation Employee | Oral warning | Written warning | Discharge |
| X | Discourtesy to a customer | Oral warning | Written warning | Discharge |
| Y | Negligent damage to property, equipment and vehicles | Oral warning | Discharge | |
| Z | Sleeping on Company vehicles and property during paid time. | Oral warning | Discharge | |

# ROYAL TRANSPORTATION COMPANY

## Pre-Employment Disclaimer

I understand that Royal Transportation Company does not intend that this pre-employment disclaimer constitute a contract of guaranteed employment.

Payroll deductions shall be made to reimburse Royal for all costs incurred for Training, DOT Physicals, Control Substance and Alcohol Abuse Testing, and driver license check. If the trainee is terminated or quits for any reason within the first ninety (90) working days of the probationary period of employment with Royal Transportation Company, then Royal may require reimbursement of all or part of training pay paid prior to employee leaving company.

In the event that the pre-employment trainee fails to report and/or quits during the training program, then the trainee shall forfeit any or all training pay for expenses incurred during the training period.

In the event of conflict between this disclaimer and any other statement, oral, written, present or future, concerning terms and conditions of employment, the at-will relationship confirmed by this disclaimer shall control.

**I agree to and acknowledge receiving this copy of the Royal Transportation Company, Pre-Employment Disclaimer.**


_____        Date: _____
Trainee Signature


_____
Printed Name of Trainee


_____
Signature of Royal Instructor


_____
Authorized Manager

## Sign on the Line.....................WELCOME TO ROYAL'S TEAM

I acknowledge receiving a copy of the Employee Handbook of Royal Transportation Company, and agree to read and adhere to all guidelines and any additions that I receive during my employment with Royal Transportation Company. I understand that it is my responsibility to attend meetings, check bulletin boards, read newsletters and other sources to stay current regarding company guidelines and any changes to them. If I have questions about those guidelines, or see any differences between the guideline and anything else I hear or read during my employment, I agree to promptly tell my supervisor or Operations Manager.

I understand that my employment with Royal Transportation Company is at-will, and may be terminated by me or Royal without prior notice at any time, without any guideline or formality for any reason, for no reason, and with Royal's responsibility being only payment of wages (if any) through the last day worked. I also understand that payment of wages due me will be made on the next pay date being either the 10th or the 25th of the month. I agree to return all company property issued and entrusted to me, including but not limited to jackets, hats, keys, tags, key rings, log books, employee handbooks or binders.

I understand that the at-will nature of my employment can't be changed. In the event of conflict between the acknowledgement and any other statement, oral or written, present or future, concerning terms and conditions of employment, I understand and agree that the at-will relationship confirmed by this acknowledgement shall control. I further understand and agree that except as explicitly provided by federal statue or regulation, the terms and condition of my employment, and all rights and responsibilities of Royal Transportation Company and myself concerning my employment and/or termination thereof, shall be governed by the laws of the State of Michigan.

I understand that Royal Transportation Company does not intend that any of its Employee Guidelines constitute a contract. However, in the event that at any time I choose to bring legal action to attempt to enforce any such guideline or any other Company policy, procedure or alleged commitment, I acknowledge and agree that if Royal Transportation prevails in the legal action, I must reimburse the Company for all legal fees and cost, including attorney fees, that Royal Transportation Company incurs in defending my lawsuit.

I understand that this Employee Handbook is confidential to me and Royal Transportation Company and must be returned to company upon request.


_____          _____
Employee Signature           Date          Manager Signature           Date


_____          _____
Printed Name of Employee                    Social Security Number