UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Debra Clark, Brooksey Irvine,
Reginald Morrissette, Melba
Pearson, and Ezell Williams,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,                         Case No.  15-13243

v.                                    Honorable Sean F. Cox

Royal Transportation Co., *et. al.*,

    Defendants.
_____/

## **JUDGMENT**

For the reasons set forth in an Opinion & Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE.**

                                        s/Sean F. Cox
                                        Sean F. Cox
                                        United States District Judge

Dated:  September 6, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 6, 2017, by electronic and/or ordinary mail.

                                        s/Jennifer McCoy
                                        Case Manager